**Opinion issued March 14, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00167-CV

———————————

## IN RE JEFFERY JAMES DENNIS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jeffrey James Dennis, has filed a petition for writ of mandamus requesting that our Court (1) compel various actions by the trial court and (2) grant various additional requests included in the petition.[1] We deny the petition and all addition requests for relief included in the petition.

---

[1] The underlying case is *Jeffrey James Dennis v. Quicken Loans LLC*, cause number 2024-29392, pending in the 164th District Court of Harris County, Texas, the Honorable Cheryl Elliott Thornton presiding.

## PER CURIAM

Panel consists of Justices Guerra, Caughey, and Morgan.